| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kathleen Cunningham** | Social Security number or ITIN   **xxx–xx–4530** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of New Jersey** | | |
| Case number:  **14–29573–CMG** | | |

# Order of Discharge                                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kathleen Cunningham

2/28/17                                                              **By the court:**        Christine M. Gravelle
                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Kathleen Cunningham  
    Debtor

Case No. 14-29573-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3     Date Rcvd: Feb 28, 2017  
                   Form ID: 3180W     Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.

```
db              +Kathleen Cunningham,    405 Summit Avenue,    Hightstown, NJ 08520-4318
cr              +BANK OF AMERICA, N.A.,    405 Summit Avenue,    Hightstown, NJ 08520-4318
cr              +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                  Mt. Laurel, NJ 08054-3437
515220978       +Bank of America, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                  Mountainside, NJ 07092-2315
515067404       +Bermin & Rabin,    15280 Metcalf,    Overland Park, KS 66223-2811
515167439       +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
515067407       +Cap1/bose,    90 Christiana Road,    New Castle, DE 19720-3118
515067410       +Chase Manhattan Mortga,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
515230451        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
515067413       +Citifinancial,    6801 Colwell Blvd,    Irving, TX 75039-3198
515234362        Citimortgage Inc,    POB 6030,    Sioux Falls, SD  57117-6030
515067415       +Client Services,    3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
515396257       +Green Tree Servicing, LLC,    PO Box 44265,    Jacksonville, FL 32231-4265
515396258       +Green Tree Servicing, LLC,    PO Box 44265,    Jacksonville, FL 32331,
                  Green Tree Servicing, LLC,    PO Box 44265,    Jacksonville, FL 32231-4265
515067420       ++HYUNDAI MOTOR FINANCE COMPANY,    PO BOX 20809,    FOUNTAIN VALLEY CA 92728-0809
                  (address filed with court: Hyundai Motor Finance Company,    PO Box 78047,    Phoenix, AZ 85062)
515084539       +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
515067421        James L. Cunningham,    1401 Sth Clinton Avenue,    Trenton, NJ 08610
515067423       +Majestic/cbt,    Attn: Cardholder Services,    Po. Box 105555,    Atlanta, GA 30348-5555
515067425       +Monarch Recovery Management, Inc.,    10965 Decatur Road,    Philadelphia, PA 19154-3210
515067426       +Onemain Fi,    Po Box 499,    Hanover, MD 21076-0499
515067432       +United Collection Bureau, Inc.,    P.O. Box 140310,    Toledo, OH 43614-0310
515067433       +United Collections Bureau, Inc,    5620 Southwyck Blvd. Suite 206,    Toledo, OH 43614-1501
515067434       +Webster Bank/Citimortgage,    Attention: Bankruptcy Department,    Po Box 140609,
                  Irving, TX 75014-0609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 28 2017 23:10:20    U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 28 2017 23:10:17    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
515093144        EDI: AIS.COM Feb 28 2017 22:53:00    American InfoSource LP as agent for,
                  Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
515067400       +EDI: APPLIEDBANK.COM Feb 28 2017 22:53:00    Applied Bank,    660 Plaza Dr,
                  Newark, DE 19702-6369
515067401       +E-mail/Text: ACF-EBN@acf-inc.com Feb 28 2017 23:09:37    Atlantic Crd,    Po Box 13386,
                  Roanoke, VA 24033-3386
515067405        EDI: BANKAMER.COM Feb 28 2017 22:53:00    Bk Of Amer,    Po Box 982235,    El Paso, TX 79998
515067402       +EDI: BANKAMER.COM Feb 28 2017 22:53:00    Bank of America,
                  Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,    Simi Valley, CA 93062-5170
515067403       +EDI: TSYS2.COM Feb 28 2017 22:53:00    Barclays Bank Delaware,    Attn: Bankruptcy,
                  P.O. Box 8801,    Wilmington, DE 19899-8801
515428954       +E-mail/Text: bncmail@w-legal.com Feb 28 2017 23:10:27    CERASTES, LLC,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515067411        EDI: CITICORP.COM Feb 28 2017 22:53:00    Citibank Sd, Na,    Attn: Centralized Bankruptcy,
                  Po Box 20363,    Kansas City, MO 64195
515067412        EDI: CITICORP.COM Feb 28 2017 22:53:00    Citibank Usa,
                  Citicorp Credit Services/Attn:Centralize,    Po Box 20363,    Kansas City, MO 64195
515067406       +EDI: CAPITALONE.COM Feb 28 2017 22:53:00    Cap One,    26525 North Riverwoods Blvd,
                  Mettawa, IL 60045-3439
515067408       +EDI: CAPITALONE.COM Feb 28 2017 22:53:00    Capital 1 Bank,    Attn: General Correspondence,
                  Po Box 30285,    Salt Lake City, UT 84130-0285
515211144       +EDI: AISACG.COM Feb 28 2017 22:53:00    Capital One Auto Finance,
                  c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
515067409       +EDI: CAPONEAUTO.COM Feb 28 2017 22:53:00    Capital One Auto Finance,    3905 N Dallas Pkwy,
                  Plano, TX 75093-7892
515081885       +EDI: AISACG.COM Feb 28 2017 22:53:00    Capital One Auto Finance, a division of Capital On,
                  P.O. Box 201347,    Arlington, TX 76006-1347
515067414       +EDI: CIAC.COM Feb 28 2017 22:53:00    Citimortgage Inc,    Po Box 9438,
                  Gaithersburg, MD 20898-9438
515067416        EDI: RCSDELL.COM Feb 28 2017 22:53:00    Dell Financial Services,
                  Dell Financial Services Attn: Bankrupcty,    Po Box 81577,    Austin, TX 78708
515085113        EDI: DISCOVER.COM Feb 28 2017 22:53:00    Discover Bank,    DB Servicing Corporation,
                  PO Box 3025,    New Albany, OH  43054-3025
515067417       +EDI: DISCOVER.COM Feb 28 2017 22:53:00    Discover Fin Svcs Llc,    Po Box 15316,
                  Wilmington, DE 19850-5316
```

```
District/off: 0312-3          User: admin                Page 2 of 3                  Date Rcvd: Feb 28, 2017
                              Form ID: 3180W             Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516515804        +E-mail/Text: bankruptcy.bnc@ditech.com Feb 28 2017 23:10:06
                   Ditech Financial LLC fka Green Tree Servicing,    LLC,    P.O. Box 6154,
                   Rapid City, South Dakota 57709-6154,    Ditech Financial LLC fka Green Tree Serv,
                   LLC 57709-6154
516515803         E-mail/Text: bankruptcy.bnc@ditech.com Feb 28 2017 23:10:06
                   Ditech Financial LLC fka Green Tree Servicing,    LLC,    P.O. Box 6154,
                   Rapid City, South Dakota 57709-6154
515260068         EDI: ECAST.COM Feb 28 2017 22:53:00      ECAST SETTLEMENT CORPORATION, ASSIGNEE,
                   OF CITIBANK, N.A.,    POB 29262,    NEW YORK, NY 10087-9262
515067418        +E-mail/Text: fggbanko@fgny.com Feb 28 2017 23:09:45       Forster, Garbus & Garbus,
                   7 Banta Place,    Hackensack, NJ 07601-5604
515067419        +EDI: RMSC.COM Feb 28 2017 22:53:00      GECRB / HH Gregg,    Attention: Bankruptcy,
                   Po Box 103104,    Roswell, GA 30076-9104
515067422        +E-mail/Text: JPF-EBN@jpfryelaw.com Feb 28 2017 23:09:37       John P. Frye, P.C.,   PO Box 13665,
                   Roanoke, VA 24036-3665
515067424        +EDI: MID8.COM Feb 28 2017 22:53:00      Midland Funding,    8875 Aero Dr Ste 200,
                   San Diego, CA 92123-2255
515233835         EDI: PRA.COM Feb 28 2017 22:53:00      Portfolio Recovery Associates, LLC,    c/o Sleepys,
                   POB 41067,    Norfolk VA 23541
515270483         EDI: PRA.COM Feb 28 2017 22:53:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                   POB 41067,    Norfolk VA 23541
515067429        +EDI: SEARS.COM Feb 28 2017 22:53:00      Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
515067428        +EDI: SEARS.COM Feb 28 2017 22:53:00      Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
515067427        +EDI: SEARS.COM Feb 28 2017 22:53:00      Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
515067430        +EDI: RMSC.COM Feb 28 2017 22:53:00      Syncb/sleepys,    C/o Po Box 965036,
                   Orlando, FL 32896-0001
515067431         EDI: TFSR.COM Feb 28 2017 22:53:00      Toyota Motor Credit Co,    Toyota Financial Services,
                   Po Box 8026,    Cedar Rapids, IA 52408
515067435        +EDI: WFFC.COM Feb 28 2017 22:53:00      Wf Fin Bank,    Attention: Bankruptcy,    Po Box 10438,
                   Des Moines, IA 50306-0438
                                                                                               TOTAL: 35

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                BANK OF AMERICA, N.A.
515265502*       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                   (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                   PO Box 10390,    Greenville, SC 29603-0390)
516531390*       +Ditech Financial LLC fka Green Tree Servicing,    LLC,    P.O. Box 6154,
                   Rapid City, South Dakota 57709-6154,    Ditech Financial LLC fka Green Tree Serv,
                   LLC 57709-6154
516531389*        Ditech Financial LLC fka Green Tree Servicing,    LLC,    P.O. Box 6154,
                   Rapid City, South Dakota 57709-6154
                                                                                              TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2017 at the address(es) listed below:
```
          Albert  Russo    docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Donald  Quigley    on behalf of Debtor Kathleen  Cunningham lawoffices@quigleyfayette.com,
           donaldquigley.dq@gmail.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3             Date Rcvd: Feb 28, 2017
                              Form ID: 3180W           Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Jennifer R. Gorchow   on behalf of Creditor   CITIMORTGAGE, INC. nj.bkecf@fedphe.com
         Jennifer R. Gorchow   on behalf of Creditor   GREEN TREE SERVICING, LLC. nj.bkecf@fedphe.com
         John Philip Schneider   on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com
         Tammy L. Terrell   on behalf of Creditor   Bank of America, N.A. bankruptcy@feinsuch.com
                                                                                   TOTAL: 9